NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**NETLIST, INC.,**
*Appellant*

**v.**

**SANDISK LLC, FKA SANDISK CORPORATION,**
*Appellee*

_____

2017-1617, 2017-1618

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01020, IPR2015-01021.

_____

**JUDGMENT**

_____

SETH W. LLOYD, Morrison & Foerster LLP, Washington, DC, argued for appellant. Also represented by BRIAN ROBERT MATSUI; MEHRAN ARJOMAND, Los Angeles, CA.

JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellee. Also represented by LORI A. GORDON, ROBERT EVAN SOKOHL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|                   |                          |
|-------------------|--------------------------|
| August 14, 2018   | /s/ Peter R. Marksteiner |
| Date              | Peter R. Marksteiner     |
|                   | Clerk of Court           |